IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02142-WYD-BNB

CHARLES D. SWANSON, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

Plaintiff,

v.

RICHARD M. WEIL,
STEVEN L. SCHEID,
TIMOTHY ARMOUR,
PAUL BALSER,
G. ANDREW COX,
JEFFREY DIERMEIER,
J. RICHARD FREDERICKS,
DEBORAH GATZEK,
LAWRENCE KOCHARD,
ROBERT PARRY,
JOCK PATTON,
GLENN SCHAFER,
JONATHAN D. COLEMAN,
GREGORY A. FROST,
JAMES P. GOFF, and
R. GIBSON SMITH,

Defendants.

and

JANUS CAPITAL GROUP, INC.,

Nominal Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters

discussed at the conference,

IT IS ORDERED:

(1)     Plaintiff's counsel shall file a renewed motion for appointment of lead counsel, if at all, on or before **October 21, 2011**;

(2)     The plaintiff is granted leave to file an amended complaint on or before **November 4, 2011**; and

(3)     The court will hold a scheduling/planning conference pursuant to Fed. R. Civ. P. 16(b) on **December 7, 2011, at 1:30 p.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  (Click on "Civil Forms" in the blue box at the top of the screen and scroll down to the bold hearing "Standardized Order Forms").  The parties shall prepare the proposed scheduling order in accordance with the court's form and shall submit the proposed scheduling order on or before **November 30, 2011**, to Boland_Chambers@cod.uscourts.gov, in a manner that complies with the District of Colorado Electronic Case Filing ("ECF") Procedures.

Dated October 18, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge