IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02142-WYD-BNB

CHARLES D. SWANSON, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

Plaintiff,

v.

RICHARD M. WEIL,
STEVEN L. SCHEID,
TIMOTHY ARMOUR,
PAUL BALSER,
G. ANDREW COX,
JEFFREY DIERMEIER,
J. RICHARD FREDERICKS,
DEBORAH GATZEK,
LAWRENCE KOCHARD,
ROBERT PARRY,
JOCK PATTON,
GLENN SCHAFER,
JONATHAN D. COLEMAN,
GREGORY A. FROST,
JAMES P. GOFF, and
R. GIBSON SMITH,

Defendants.

and

JANUS CAPITAL GROUP, INC.,

Nominal Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for what was set as a scheduling conference. Also

pending is **Plaintiff's Renewed Motion to Appoint Levi & Korsinsky LLP as Lead Counsel**

**and Charles Lilley & Associates as Liaison Counsel** [Doc. # 15, filed 10/21/2011] (the "Motion for Lead and Liaison Counsel"). I made oral rulings on the record at the hearing this afternoon, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Lead and Liaison Counsel [Doc. # 15] is GRANTED. The law firm of Levi & Korsinsky LLP is appointed to serve as lead counsel, and the law firm of Charles Lilley & Associates P.C. is appointed as liaison counsel.

(2) Defendants shall file, on or before December 21, 2011, if at all, a motion to stay discovery and other proceedings during the pendency of any motion to dismiss.

(3) A supplemental scheduling conference will be set at an appropriate time by separate order. In the meantime, no discovery or disclosures shall occur.

Dated December 7, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge