IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02142-WYD-BNB

CHARLES D. SWANSON, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

Plaintiff,

v.

RICHARD M. WEIL,
STEVEN L. SCHEID,
TIMOTHY K. ARMOUR,
PAUL F. BALSER,
G. ANDREW COX,
JEFFREY J. DIERMEIER,
J. RICHARD FREDERICKS,
DEBORAH R. GATZEK,
LAWRENCE E. KOCHARD,
ROBERT T. PARRY,
JOCK PATTON,
GLENN S. SCHAFER,
JONATHAN D. COLEMAN,
GREGORY A. FROST,
JAMES P. GOFF, and
R. GIBSON SMITH,

Defendants.

and

JANUS CAPITAL GROUP, INC.,

Nominal Defendant.

---

### NOMINAL DEFENDANT JANUS CAPITAL GROUP INC.'S MOTION TO DISMISS

---

Nominal defendant Janus Capital Group Inc. ("Janus") respectfully submits this motion to dismiss the Amended Verified Shareholder Derivative Complaint for failure to plead demand futility as set forth in the Memorandum of Law in Support of Nominal Defendant Janus Capital Group Inc.'s Motion To Dismiss. This motion is brought pursuant to Fed. R. Civ. P. 23.1 and the substantive requirements of controlling Delaware law.

WHEREFORE defendants respectfully request that the Court GRANT Janus' motion to dismiss.

Dated: December 21, 2011

Respectfully submitted,

/s/ Tamara A. Hoffbuhr Seelman
John S. Lutz
Tamara A. Hoffbuhr Seelman
FAIRFIELD AND WOODS P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Phone: (303) 830-2400
Fax: (303) 830-1033

William B. Chandler III
Douglas J. Clark
Ignacio E. Salceda
Angie Young Kim
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Phone: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Nominal Defendant Janus Capital Group Inc. and Individual Defendants Richard M. Weil, Steven L. Scheid, Timothy K. Armour, Paul F. Balser, G. Andrew Cox, Jeffrey J. Diermeier, J. Richard Fredericks, Deborah R. Gatzek, Lawrence E. Kochard, Robert T. Parry, Jock Patton, Glenn S. Schafer, Jonathan D. Coleman, Gregory A. Frost, James P. Goff, and R. Gibson Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2011, I electronically filed the foregoing NOMINAL DEFENDANT JANUS CAPITAL GROUP INC.'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

clilley@lilleylaw.com
karen@codyhopkinslaw.com
shopkins@zlk.com

*/s/ Susie Duran*
Susie Duran