IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02142-WYD-BNB

CHARLES D. SWANSON, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

Plaintiff,

v.

RICHARD M. WEIL,
STEVEN L. SCHEID,
TIMOTHY ARMOUR,
PAUL BALSER,
G. ANDREW COX,
JEFFREY DIERMEIER,
J. RICHARD FREDERICKS,
DEBORAH GATZEK,
LAWRENCE KOCHARD,
ROBERT PARRY,
JOCK PATTON,
GLENN SCHAFER,
JONATHAN D. COLEMAN,
GREGORY A. FROST,
JAMES P. GOFF, and
R. GIBSON SMITH,

Defendants.

and

JANUS CAPITAL GROUP, INC.,

Nominal Defendant.

_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Maintain Discovery Stay** [Doc. # 35, filed

12/21/2011] (the "Motion to Stay"). I held a hearing on the Motion to Stay and made rulings on

the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Stay [Doc. # 35] is GRANTED; and

(2) The parties shall file a joint status report within ten days of any decision resolving the pending motions to dismiss [Docs. ## 29 and 31] addressing the nature of the ruling and any discovery or other pretrial proceedings which should be scheduled.

Dated February 1, 2012.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge